No. 03–1617. DOE v. THOMPSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–1618. CATHOLIC CHARITIES OF SACRAMENTO, INC. v. CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 03–1620. HOBDY v. CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–1621. HOLTON v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 03–1623. HAUGEN v. HENRY COUNTY, GEORGIA, ET AL. Sup. Ct. Ga. Certiorari denied.

No. 03–1624. HELDT v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 03–1625. GARDNER v. HEARTLAND EXPRESS, INC. Sup. Ct. Iowa. Certiorari denied.

No. 03–1626. BARNA v. BARNA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 03–1627. HOWELL ET UX. v. RICCI ET AL. Sup. Ct. Nev. Certiorari denied.

No. 03–1630. MANDYCZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–1631. BEAVERS v. BROWN ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–1632. GANESAN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–1634. SUBSTANCE, INC., ET AL. v. CHICAGO BOARD OF EDUCATION. C. A. 7th Cir. Certiorari denied.

No. 03–1636. IN RE GROSS ET AL. Ct. App. Ky. Certiorari denied.